# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SCARANTINO, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>ILG, INC., CRAIG M. NASH, DAVID FLOWERS, VICKI L. FREED, LIZANNE GALBREATH, CHAD HOLLINGSWORTH, LEWIS J. KORMAN, THOMAS J. KUHN, THOMAS J. MCINERNEY, THOMAS P. MURPHY JR., STEPHEN R. QUAZZO, SERGIO D. RIVERA, THOMAS O. RYDER, AVY H. STEIN, MARRIOTT VACATIONS WORLDWIDE CORPORATION, IGNITE HOLDCO, INC., IGNITE HOLDCO SUBSIDIARY, INC., VOLT MERGER SUB, INC., AND VOLT MERGER SUB, LLC, )<br><br>Defendants. ) | Case No. 1:18-cv-00999-LPS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Richard Scarantino ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 28, 2018

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com

*Attorneys for Plaintiff*